The Oliver Typewriter Company, Respondent, v. Nassau County Republican, Appellant.— Appeal dismissed, with ten dollars costs and disbursements, because of defect in papers on appeal, in failing to print the affidavit of Raymond Ballantine, verified November 4, 1910, which is recited in the order appealed from. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Elizabeth O'Rourke, as Administratrix, etc., of Peter Francis O'Rourke, Deceased, Respondent, v. Degnon Realty and Terminal Improvement Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Alfred Post, Appellant, v. Andrew Kerwin, Jr., Respondent.— Order affirmed, with costs to abide the event. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

John Regan, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that plaintiff has not shown himself free from contributory negligence. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

John J. Sheehey, Respondent, v. Priscilla E. Daly, as Administratrix, etc., of Helen Egan, Deceased, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that the plaintiff was not competent to testify to his visits to the house, the number thereof, or the value of his services to decedent, and that the testimony of Ryan does not definitely show a number of visits that sustains the finding of $118. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Mary Louise Warth and Others, Respondents, v. Martin Herman, Appellant.— Judgment affirmed, with costs, on the authority of *Bardes* v. *Herman* (*ante*, p. 772), decided herewith. Jenks, P. J., Hirschberg, Burr and Woodward, JJ., concurred; Rich, J., not voting.

Frederick Winkler, Appellant, v. Jacob P. Klausner and Others, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Jacob Young, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that plaintiff has not shown freedom from contributory negligence. (See *Volosko* v. *Interurban Street R. Co.*, 190 N. Y. 206.) Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.